MICHAEL PULCINO, as Administrator of the Estate of PASQUALE PULCINO, Deceased, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Pulcino v. Long Island R. R. Co.*, 125 App. Div. 629, affirmed.
(Argued December 16, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new

trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*William C. Beecher* and *Joseph F. Keany* for appellant.

*Thomas J. O'Neill* and *Joseph A. Corr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.